| INTERNAL REVENUE SERVICE | | | | | | 19111 - 0000-0 | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 01/11/2026   01/24/2026 | 01 | 93-47-1620-10-40 | 0010 | 93-41-80-8039 | 2753 | GS | 09 | 05 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | |
|---|---|---|---|---|---|
| $77,083.00 | PA | F/T | 06/08/2009 | $5,940.94 | **STATEMENT OF EARNINGS AND LEAVE** |

### EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | | HOURS P/P | HOURS YR. TO DATE | | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|---|
| 01 | REGULAR TIME | | 66.00 | 124.00 | | 2,437.38 | 4,558.44 |
| 11 | NIGHT DIFFERENTIAL | | 41.50 | 120.00 | | 153.14 | 440.45 |
| 21 | OVERTIME - PREMIUM RATE | | | 11.50 | | | 612.95 |
| 25 | OT OVER 40 W/NIGHT DIFF | | | 8.50 | | | 453.05 |
| 34 | FLSA | | | 20.00 | | | 54.75 |
| 61 | ANNUAL LEAVE | | | 20.00 | | | 731.40 |
| 66 | OTHER LEAVE | | 10.00 | 52.00 | | 369.30 | 1,905.24 |
| 71 | LEAVE WITHOUT PAY | | 30.00 | | | | |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | | 106.00 | | | 2,959.82 | 8,756.28 |
| 75 02 | RETIREMENT | | | | | 22.45 | 57.55 |
| 75 15 | TSP-FERS | | | | | 140.33 | 491.40 |
| 76 | SOCIAL SECURITY (OASDI) | | | | | 164.83 | 489.45 |
| 78 | ST TAX PA   EXEMPTS 000 | | | | | 81.62 | 242.37 |
| 79 | CITY TAX   EXEMPTS   PHILADELPHIA, PA | | | | | 110.70 | 327.49 |
| 81 | FEGLI- COVERAGE $   $80,000 | | | | | 12.80 | 38.08 |
| 83 | FEHBA - ENROLL CODE  315 | | | | | 231.45 | 660.05 |
| 83 10 | DENTAL PLAN | | | | | 69.79 | 201.69 |
| 88 | CHKING/SAVING ******** | | | | | 250.00 | 750.00 |
| 88 | CHKING/SAVING ******** | | | | | 150.00 | 450.00 |
| 88 | CHKING/SAVING ******** | | | | | 400.00 | 800.00 |
| 88 | CHKING/SAVING ******** | | | | | 125.00 | 375.00 |
| 88 40 | TSP LOAN REPAY (FED) | | | | | 15.24 | 45.72 |
| 88 40 | TSP LOAN REPAY (FED) | | | | | 223.18 | 669.54 |
| 97 | MEDICARE TAX WITHHELD | | | | | 38.55 | 114.47 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | | | 2,035.94 | 5,712.81 |
| ** ** | *************** NET PAY *************** | | | | | 923.88 | 3,043.47 |
| ** ** | DD/EFT ROUTING NO. ******** | | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 8.00 | | 18.00 | | | 240 00 |
| SICK | 4 | | -177.75 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

SAL CHNG-$ 76317.00PA TO$ 77083.00

NAME AND ADDRESS

EBONY S
LAWSON-WHITEHEAD
7949 LANGDON ST
2ND FL
PHILADELPHIA, PA
19111-0000

Official Pay Date          02/05/2026

AGENCY HR ADDRESS

**IRS OGDEN PAYROLL CENTER**
MAIL STOP 1502  P.O. 9774
OGDEN       UT 84409
Phone 866-743-5748

EPP

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | | | | 19111 - 0000-0 | | FORM AD-334 USDA (REV. 8/17) |

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 01/25/2026   02/07/2026 | 02 | 93-47-1620-10-40 | 0010 | 93-41-80-8039 | 2753 | GS | 09 | 05 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | |
|---|---|---|---|---|---|
| $77,083.00 | PA | F/T | 06/08/2009 | $5,964.58 | **STATEMENT OF EARNINGS AND LEAVE** |

### EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 67.00 | 191.00 | 2,474.31 | 7,032.75 |
| 11 | NIGHT DIFFERENTIAL | 49.00 | 167.00 | 180.81 | 613.94 |
| 21 | OVERTIME - PREMIUM RATE | 29.00 | 41.00 | 1,561.36 | 2,200.96 |
| 25 | OT OVER 40 W/NIGHT DIFF | 3.00 | 9.50 | 161.52 | 507.97 |
| 34 | FLSA | 32.00 | 50.50 | 76.60 | 126.94 |
| 61 | ANNUAL LEAVE | 13.00 | 33.00 | 480.09 | 1,211.49 |
| 66 | OTHER LEAVE | | 52.00 | | 1,905.24 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 112.00 | | 4,934.69 | 13,599.29 |
| 75 02 | RETIREMENT | | | 23.64 | 81.19 |
| 75 15 | TSP-FERS | | | 147.72 | 639.12 |
| 76 | SOCIAL SECURITY (OASDI) | | | 287.27 | 771.04 |
| 78 | ST TAX PA   EXEMPTS 000 | | | 142.25 | 381.80 |
| 79 | CITY TAX   EXEMPTS | | | 184.56 | 508.62 |
| | PHILADELPHIA, PA | | | | |
| 81 | FEGLI- COVERAGE $   $80,000 | | | 12.80 | 50.88 |
| 83 | FEHBA - ENROLL CODE  315 | | | 231.45 | 891.50 |
| 83 10 | DENTAL PLAN | | | 69.79 | 271.48 |
| 88 | CHKING/SAVING ******** | | | 200.00 | 950.00 |
| 88 | CHKING/SAVING ******** | | | | 450.00 |
| 88 | CHKING/SAVING ******** | | | 200.00 | 1,000.00 |
| 88 | CHKING/SAVING ******** | | | 125.00 | 500.00 |
| 88 40 | TSP LOAN REPAY (FED) | | | 15.24 | 60.96 |
| 88 40 | TSP LOAN REPAY (FED) | | | 223.18 | 892.72 |
| 97 | MEDICARE TAX WITHHELD | | | 67.19 | 180.33 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 1,930.09 | 7,629.64 |
| ** ** | *************** NET PAY *************** | | | 3,004.60 | 5,969.65 |
| ** ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 16.00 | 13.00 | 13.00 | | | 240 00 |
| SICK | 8 | | -173.75 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

NAME AND ADDRESS

EBONY S
LAWSON-WHITEHEAD
7949 LANGDON ST
2ND FL
PHILADELPHIA, PA
19111-0000

Official Pay Date          02/19/2026

AGENCY HR ADDRESS

**IRS OGDEN PAYROLL
CENTER
MAIL STOP 1502  P.O. 9774
OGDEN       UT 84409
Phone 866-743-5748**

| INTERNAL REVENUE SERVICE | | | | | | 19111 | – | 0000-0 | | FORM AD-334 USDA (REV. 8/17) |

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 02/08/2026   02/21/2026 | 03 | 93-47-1620-10-40 | 0010 | 93-41-80-8039 | 2753 | GS | 09 | 06 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|
| $79,351.00 | PA | F/T | 06/08/2009 | $5,988.91 | |

### EARNINGS AND DEDUCTIONS

| CODE | | DESCRIPTION | | HOURS P/P | HOURS YR. TO DATE | | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | | 66.00 | 257.00 | | 2,509.32 | 9,542.07 |
| 11 | | NIGHT DIFFERENTIAL | | 66.00 | 233.00 | | 250.80 | 864.74 |
| 21 | | OVERTIME - PREMIUM RATE | | 40.00 | 81.00 | | 2,153.60 | 4,354.56 |
| 25 | | OT OVER 40 W/NIGHT DIFF | | 14.00 | 23.50 | | 753.76 | 1,261.73 |
| 31 | | HOLIDAY WORKED | | 6.00 | 6.00 | | 228.12 | 228.12 |
| 34 | | FLSA | | 54.00 | 104.50 | | 269.94 | 396.88 |
| 61 | | ANNUAL LEAVE | | 4.00 | 37.00 | | 152.08 | 1,363.57 |
| 66 | | OTHER LEAVE | | 10.00 | 62.00 | | 380.20 | 2,285.44 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | | 140.00 | | | 6,697.82 | 20,297.11 |
| 75 | 02 | RETIREMENT | | | | | 24.33 | 105.52 |
| 75 | 15 | TSP-FERS | | | | | 152.08 | 791.20 |
| 76 | | SOCIAL SECURITY (OASDI) | | | | | 396.59 | 1,167.63 |
| 78 | | ST TAX PA   EXEMPTS 000 | | | | | 196.38 | 578.18 |
| 79 | | CITY TAX   EXEMPTS PHILADELPHIA, PA | | | | | 250.50 | 759.12 |
| 81 | | FEGLI- COVERAGE $   $82,000 | | | | | 13.12 | 64.00 |
| 83 | | FEHBA - ENROLL CODE  315 | | | | | 231.45 | 1,122.95 |
| 83 | 10 | DENTAL PLAN | | | | | 69.79 | 341.27 |
| 88 | | CHKING/SAVING ******** | | | | | 200.00 | 1,150.00 |
| 88 | | CHKING/SAVING ******** | | | | | | 450.00 |
| 88 | | CHKING/SAVING ******** | | | | | 200.00 | 1,200.00 |
| 88 | | CHKING/SAVING ******** | | | | | 125.00 | 625.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | | 15.24 | 76.20 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | | 223.18 | 1,115.90 |
| 97 | | MEDICARE TAX WITHHELD | | | | | 92.75 | 273.08 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | | | 2,190.41 | 9,820.05 |
| ** | ** | *************** NET PAY *************** | | | | | 4,507.41 | 10,477.06 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 24.00 | 17.00 | 17.00 | | | 240 00 |
| SICK | 12 | | -169.75 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

SAL CHNG-$ 77083.00PA TO$ 79351.00

NAME AND ADDRESS

EBONY S
LAWSON-WHITEHEAD
7949 LANGDON ST
2ND FL
PHILADELPHIA, PA
19111-0000

Official Pay Date          03/05/2026

AGENCY HR ADDRESS

**IRS OGDEN PAYROLL CENTER**
MAIL STOP 1502  P.O. 9774
OGDEN      UT 84409
Phone 866-743-5748

EPP

| INTERNAL REVENUE SERVICE | | | | | | 19111   -   0000-0 | | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 02/22/2026   03/07/2026 | 04 | 93-47-1620-10-40 | 0010 | 93-41-80-8039 | 2753 | GS | 09 | 06 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|---|
| $79,351.00 | PA | F/T | 06/08/2009 | $6,013.24 | | |

### EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 56.00 | 313.00 | 2,129.12 | 11,671.19 |
| 11 | NIGHT DIFFERENTIAL | 41.50 | 274.50 | 157.70 | 1,022.44 |
| 21 | OVERTIME - PREMIUM RATE | 29.00 | 110.00 | 1,561.36 | 5,915.92 |
| 25 | OT OVER 40 W/NIGHT DIFF | 3.50 | 27.00 | 188.44 | 1,450.17 |
| 31 | HOLIDAY WORKED | | 6.00 | | 228.12 |
| 34 | FLSA | 32.50 | 137.00 | 126.65 | 523.53 |
| 61 | ANNUAL LEAVE | 24.00 | 61.00 | 912.48 | 2,276.05 |
| 66 | OTHER LEAVE | | 62.00 | | 2,285.44 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | 112.50 | | 5,075.75 | 25,372.86 |
| 75 02 | RETIREMENT | | | 24.33 | 129.85 |
| 75 15 | TSP-FERS | | | 152.08 | 943.28 |
| 76 | SOCIAL SECURITY (OASDI) | | | 296.02 | 1,463.65 |
| 78 | ST TAX PA   EXEMPTS 000 | | | 146.58 | 724.76 |
| 79 | CITY TAX   EXEMPTS PHILADELPHIA, PA | | | 189.83 | 948.95 |
| 81 | FEGLI- COVERAGE $   $82,000 | | | 13.12 | 77.12 |
| 83 | FEHBA - ENROLL CODE  315 | | | 231.45 | 1,354.40 |
| 83 10 | DENTAL PLAN | | | 69.79 | 411.06 |
| 88 | CHKING/SAVING ******** | | | 300.00 | 1,450.00 |
| 88 | CHKING/SAVING ******** | | | | 450.00 |
| 88 | CHKING/SAVING ******** | | | 200.00 | 1,400.00 |
| 88 | CHKING/SAVING ******** | | | 125.00 | 750.00 |
| 88 40 | TSP LOAN REPAY (FED) | | | 15.24 | 91.44 |
| 88 40 | TSP LOAN REPAY (FED) | | | 223.18 | 1,339.08 |
| 97 | MEDICARE TAX WITHHELD | | | 69.23 | 342.31 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 2,055.85 | 11,875.90 |
| ** ** | *************** NET PAY *************** | | | 3,019.90 | 13,496.96 |
| ** ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 32.00 | 41.00 | 1.00 | | | 240 00 |
| SICK | 16 | | -165.75 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

NAME AND ADDRESS

EBONY S
LAWSON-WHITEHEAD
7949 LANGDON ST
2ND FL
PHILADELPHIA, PA
19111-0000

Official Pay Date       03/19/2026

AGENCY HR ADDRESS

IRS OGDEN PAYROLL CENTER
MAIL STOP 1502  P.O. 9774
OGDEN        UT 84409
Phone 866-743-5748