# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11329-DJB |
| Ebony Whitehead, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on March 31, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: March 31, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

**Method of Service: First Class Mail**

**Affirm, Inc.**
Attn: Bankruptcy
30 Isabella St Fl 4
Pittsburgh, PA 15212-5862

**Ally Financial, Inc**
500 Woodward Ave
Detroit, MI 48226-3416

**Amex**
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

**AR Resources, Inc.**
ATTN: Bankruptcy
PO Box 1056
Blue Bell, PA 19422

**Bmg Money**
Attn: Bankruptcy
444 Brickell Avenue Suite 250
Miami, FL 33131

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Citizensbk**
6 Corporate Drive
Shelton, CT 06484

**City of Philadelphia Law Dept.**
Tax Litigation and Collections Unit
1401 John F Kennedy Blvd Suite 580
Philadelphia, PA 19102-1640

**Discovercard**
Po Box 30939
Salt Lake City, UT 84130

**Fnb Omaha**
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103

**Jefferson Health**
Attn: Bankruptcy
PO Box 1123
Minneapolis, MN 55440

**Kashable Llc**
Attn: Bankruptcy Dept
489 5th Ave, 18th Floor
New York, NY 10017

**KeyBank**
Attn: Bankruptcy
4910 Tiedeman Rd
Cleveland, OH 44144

**LVNV Funding LLC**
Resurgent Correspondence
Attn: Bankruptcy
P.O. Box 1269
Greenville, SC 29602

**Midland Credit Mgmt**
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

**Mohela/dofed**
P.O. Box 300001
Greenville, TX 75403

**NAVY FCU**
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119

**Navy Federal Credit Union**
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119-3000

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**PennyMac Loan Services, LLC**
Attn: Bankruptcy
P.O. Box 514387
Correspondence, CA 90051

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Security Credit Services**
Attn: Bankruptcy
P.O. Box 1156
Oxford, MS 38655

**Springlf Fin**
Po Box 1010
Evansville, IN 47706

**Temple Health**
Attn: Bankruptcy
3401 N Broad St
Philadelphia, PA 19140

**Toyota Financial Services**
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617