# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Ebony Whitehead<br><br>                Debtor(s) | Case No.:  26-11329 DJB<br><br>Chapter 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of PENNYMAC LOAN SERVICES, LLC in relation to a claim secured by real property commonly known as 7949 Langdon Street, Philadelphia, PA  19111 and identified by account number *******6038.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for PENNYMAC LOAN SERVICES, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com

Dated:  April 17, 2026

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Ebony Whitehead<br><br>Debtor(s) | Case No.:  26-11329 DJB<br><br>Chapter 13 |

**CERTIFICATION OF SERVICE**
**OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on April 17, 2026.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia PA  19106
ecfemails@ph13trustee.com
Trustee

Michael A. Cibik, Esquire
1500 Walnut Street
Suite 900
Philadelphia PA  19102
help@cibiklaw.com
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Ebony Whitehead
7949 Langdon Street
Philadelphia PA  19111-2933
Debtor

Dated:  April 17, 2026

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant