**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Ebony Whitehead, | : | Bankr. No. 26-11329-djb |
| Debtor. | : | Chapter 13 |

**ORDER APPROVING STIPULATION PROVIDING TOYOTA MOTOR CREDIT CORPORATION RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362 AND THE CO-DEBTOR STAY OF 11 U.S.C. § 1301**

**AND NOW,** this __ day of ____, 2026, upon the stipulated agreement between Debtor and Toyota Motor Credit Corporation, it is hereby **ORDERED** as follows:

1. Immediately upon the entry of this order, the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 are both hereby modified with respect to Toyota Motor Credit Corporation (“Toyota”), to allow Toyota to enforce its security interest in a certain 2020 Toyota Corolla automobile, Vehicle Identification Number 5YFS4RCE3LP020293.

2. Toyota may begin the process of repossessing the Collateral and take any other action allowed by law with respect to the Collateral.

3. This Order shall not be stayed for any period pursuant to Fed.R.Bankr.P. 4001(a)(4).

BY THE COURT:

______________________________ ______________

**DEREK J BAKER** **Date**
**UNITED STATES BANKRUPTCY JUDGE**