**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Ebony Whitehead, | : | Bankr. No. 26-11329-djb |
| | : | |
| Debtor. | : | Chapter 13 |

**ORDER APPROVING STIPULATION PROVIDING TOYOTA MOTOR CREDIT CORPORATION RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362 AND THE CO-DEBTOR STAY OF 11 U.S.C. § 1301**

**AND NOW,** this __ day of ____, 2026, upon the stipulated agreement between Debtor and Toyota Motor Credit Corporation, it is hereby **ORDERED** as follows:

1. Immediately upon the entry of this order, the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 are both hereby modified with respect to Toyota Motor Credit Corporation ("Toyota"), to allow Toyota to enforce its security interest in a certain 2020 Toyota Corolla automobile, Vehicle Identification Number 5YFS4RCE3LP020293.

2. Toyota may begin the process of repossessing the Collateral and take any other action allowed by law with respect to the Collateral.

3. This Order shall not be stayed for any period pursuant to Fed.R.Bankr.P. 4001(a)(4).

BY THE COURT:

**September 14, 2026**

**DEREK J BAKER**
**UNITED STATES BANKRUPTCY JUDGE**

**Date**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Ebony Whitehead, | : | Bankr. No. 26-11329-djb |
| | : | |
| Debtor. | : | Chapter 13 |

**STIPULATION PROVIDING TOYOTA MOTOR CREDIT CORPORATION RELIEF FROM THE AUTOMATIC STAY OF**
**11 U.S.C. § 362 AND THE CO-DEBTOR STAY OF 11 U.S.C. § 1301**

**AND NOW,** this 4th day of Sept., 2026, upon the consideration of the consent of the undersigned parties, Toyota Motor Credit Corporation and Debtor, through their respective counsel, **STIPULATE** as follows:

1. Immediately upon the entry of this order, the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 are both hereby modified with respect to Toyota Motor Credit Corporation ("Toyota"), to allow Toyota to enforce its security interest in a certain 2020 Toyota Corolla automobile, Vehicle Identification Number 5YFS4RCE3LP020293.

2. Toyota may begin the process of repossessing the Collateral and take any other action allowed by law with respect to the Collateral.

*[This space intentionally left blank.]*

//

3. This Order shall not be stayed for any period pursuant to Fed.R.Bankr.P. 4001(a)(4).

Consented to:

/s/Thomas F. Gallagher
Thomas F. Gallagher (PA Bar #316368)
Becket & Lee LLP
16 General Warren Blvd.
Telephone: 610-644-7800
Email: tgallagher@becket-lee.com
Counsel for Toyota Motor Credit Corp.

/s/Edward Jacob Gruber
Edward Jacob Gruber
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com
Counsel for Debtor

No Objection

/s/ LeeAne O. Huggins September 3, 2026
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215-627-1377
ecfemails@ph13trustee.com
Chapter 13 Trustee