United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Ebony Whitehead
Debtor

Case No. 26-11329-djb
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2
User: admin
Page 1 of 1
Date Rcvd: Sep 14, 2026
Form ID: pdf900
Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Ebony Whitehead, 7949 Langdon St, Philadelphia, PA 19111-2933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JILL MANUEL-COUGHLIN | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Ebony Whitehead help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| THOMAS FRANCIS GALLAGHER | on behalf of Toyota Motor Credit Corporation tgallagher@becket-lee.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Ebony Whitehead, | : | Bankr. No. 26-11329-djb |
| Debtor. | : | Chapter 13 |

**ORDER APPROVING STIPULATION PROVIDING TOYOTA MOTOR CREDIT CORPORATION RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362 AND THE CO-DEBTOR STAY OF 11 U.S.C. § 1301**

**AND NOW,** this __ day of ____, 2026, upon the stipulated agreement between Debtor and Toyota Motor Credit Corporation, it is hereby **ORDERED** as follows:

1. Immediately upon the entry of this order, the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 are both hereby modified with respect to Toyota Motor Credit Corporation ("Toyota"), to allow Toyota to enforce its security interest in a certain 2020 Toyota Corolla automobile, Vehicle Identification Number 5YFS4RCE3LP020293.

2. Toyota may begin the process of repossessing the Collateral and take any other action allowed by law with respect to the Collateral.

3. This Order shall not be stayed for any period pursuant to Fed.R.Bankr.P. 4001(a)(4).

BY THE COURT:

**September 14, 2026**

______________________________ ______________
**DEREK J BAKER** **Date**
**UNITED STATES BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Ebony Whitehead, | : | Bankr. No. 26-11329-djb |
| Debtor. | : | Chapter 13 |

**STIPULATION PROVIDING TOYOTA MOTOR CREDIT CORPORATION RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362 AND THE CO-DEBTOR STAY OF 11 U.S.C. § 1301**

**AND NOW,** this 4th day of Sept., 2026, upon the consideration of the consent of the undersigned parties, Toyota Motor Credit Corporation and Debtor, through their respective counsel, **STIPULATE** as follows:

1. Immediately upon the entry of this order, the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 are both hereby modified with respect to Toyota Motor Credit Corporation ("Toyota"), to allow Toyota to enforce its security interest in a certain 2020 Toyota Corolla automobile, Vehicle Identification Number 5YFS4RCE3LP020293.

2. Toyota may begin the process of repossessing the Collateral and take any other action allowed by law with respect to the Collateral.

*[This space intentionally left blank.]*

//

3. This Order shall not be stayed for any period pursuant to Fed.R.Bankr.P. 4001(a)(4).

Consented to:

/s/Thomas F. Gallagher______
Thomas F. Gallagher (PA Bar #316368)
Becket & Lee LLP
16 General Warren Blvd.
Telephone: 610-644-7800
Email: tgallagher@becket-lee.com
Counsel for Toyota Motor Credit Corp.

/s/Edward Jacob Gruber
Edward Jacob Gruber
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com
Counsel for Debtor

No Objection

/s/ LeeAne O. Huggins September 3, 2026
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215-627-1377
ecfemails@ph13trustee.com
Chapter 13 Trustee