**Fill in this information to identify the case:**

Debtor 1 LAWSON-WHITEHEAD EBONY S

Debtor 2 ______
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 26-11329

THURMOND, PAMELA on 8/31/2026 at 12:50 PM EST
Case Name: Ebony Whitehead
Case Number: 26-11329-djb
Creditor Name: City of Philadelphia Law Department
Tax Litigation and Collections Unit
1401 John F Kennedy Blvd Suite 580
Philadelphia, PA 19102-1640
Claim Number: 29 Claims Register
Amount Claimed: $2,505.83
Amount Secured: $2,505.83
Amount Priority:
RE: CTF and Unliq. BIRT/NPT

Official Form 410

# Proof of Claim

12/24

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

City of Philadelphia / School District of Philadelphia
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name: City of Phila Law Dept - Tax Lit & Coll Unit | Name: |
| Number Street: 1401 JFK Blvd, 5th Floor | Number Street: |
| City: Philadelphia State: PA ZIP Code: 19102 | City State ZIP Code |
| Contact phone: 215-686-0508 | Contact phone: |
| Contact email: Pamela.Thurmond@phila.gov | Contact email: |

Uniform claim identifier (if you use one): ______

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ______

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

6. **Do you have any number you use to identify the debtor?**

- ☐ No
- ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 5 8 1 2

7. **How much is the claim?** $ 2,505.83

With Unliquidated Claims

**Does this amount include interest or other charges?**

- ☐ No
- ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Municipal Claim

9. **Is all or part of the claim secured?**

- ☐ No
- ☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

- ☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
- ☐ Motor vehicle
- ☐ Other. Describe: ______

**Basis for perfection:** ______

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $ 387,700.00

**Amount of the claim that is secured:** $ 2,505.83

**Amount of the claim that is unsecured:** $ .00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 2,505.83

**Annual Interest Rate [Real Estate]**(when case was filed) 9.00 %

**Annual Interest Rate [Judgments]**(when case was filed) 0 %

- ☑ Fixed
- ☐ Variable

10. **Is this claim based on a lease?**

- ☑ No
- ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ .00

11. **Is this claim subject to a right of setoff?**

- ☑ No
- ☐ Yes. Identify the property: ______

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- ☐ No
- ☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ 0.00 |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ 0.00 |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 0.00 |
| ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ UNLIQUIDATED .00 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ 0.00 |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ 0.00 |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ☐ I am the creditor.
- ☑ I am the creditor's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 07/27/2026
MM / DD / YYYY

/s/ Pamela Thurmond
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Pamela Thurmond
First name Middle name Last name

Title: Senior Attorney

Company: City of Philadelphia Law Department - Tax Litigation & Collections Unit
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1401 JFK Blvd, 5th Floor
Number Street

Philadelphia PA 19102
City State ZIP Code

Contact phone (215) 686-0508 Email Pamela.Thurmond@phila.gov

Debtor: LAWSON-WHITEHEAD EBONY S

Interest and Penalties as of: 31-Mar-2026

***City of Philadelphia***
***Pre-Petition Itemized Statement***

Bankruptcy: 26-11329
Filing date: 31-Mar-2026

## Claim Type: Secured

Commercial Trash Fees - OPA # 561141300, Address - 7949 LANGDON ST

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 30-Jun-2017 | $0.00 | $76.16 | $10.50 | $0.00 | $0.00 | $86.66 | |
| 31-Dec-2017 | $0.00 | $69.44 | $10.50 | $0.00 | $0.00 | $79.94 | |
| 30-Jun-2018 | $0.00 | $62.72 | $10.50 | $0.00 | $0.00 | $73.22 | |
| 31-Dec-2018 | $0.00 | $56.00 | $10.50 | $0.00 | $0.00 | $66.50 | |
| 30-Jun-2019 | $0.00 | $49.28 | $10.50 | $0.00 | $0.00 | $59.78 | |
| 31-Dec-2019 | $5.33 | $53.96 | $50.50 | $0.00 | $0.00 | $109.79 | |
| 30-Jun-2020 | $150.00 | $59.36 | $10.50 | $0.00 | $0.00 | $219.86 | |
| 30-Jun-2021 | $250.00 | $65.80 | $17.50 | $0.00 | $0.00 | $333.30 | |
| 31-Dec-2022 | $250.00 | $43.24 | $5.00 | $0.00 | $0.00 | $298.24 | |
| 30-Jun-2023 | $250.00 | $39.48 | $0.00 | $0.00 | $0.00 | $289.48 | |
| 31-Dec-2023 | $250.00 | $39.48 | $0.00 | $0.00 | $0.00 | $289.48 | |
| 30-Jun-2024 | $250.00 | $39.48 | $5.00 | $0.00 | $0.00 | $294.48 | |
| 31-Dec-2024 | $250.00 | $37.60 | $17.50 | $0.00 | $0.00 | $305.10 | |
| | **$1,655.33** | **$692.00** | **$158.50** | **$0.00** | **$0.00** | **$2,505.83** | |

| | |
|---|---|
| Subtotal: | **$2,505.83** |
| Total Claim: | **$2,505.83** |

Debtor: LAWSON-WHITEHEAD EBONY S

***Nonfiler Schedule***

Bankruptcy: 26-11329
Filing date: 31-Mar-2026

## Unliquidated Claim

### Business Income and Receipts Tax - Account #7598

| Filing Period |
|---|
| 31-Dec-2017 |
| 31-Dec-2018 |
| 31-Dec-2019 |
| 31-Dec-2020 |
| 31-Dec-2021 |
| 31-Dec-2022 |
| 31-Dec-2023 |
| 31-Dec-2024 |
| 31-Dec-2025 |

## Unliquidated Claim

### Net Profits Tax - Account #4830

| Filing Period |
|---|
| 31-Dec-2016 |
| 31-Dec-2017 |
| 31-Dec-2018 |
| 31-Dec-2019 |
| 31-Dec-2020 |
| 31-Dec-2021 |
| 31-Dec-2022 |
| 31-Dec-2023 |
| 31-Dec-2024 |
| 31-Dec-2025 |

Debtor: LAWSON-WHITEHEAD EBONY S

Philadelphia Real Estate

Bankruptcy: 26-11329
Filing date: 31-Mar-2026

| Address | Valuation |
|---|---|
| 7949 LANGDON ST | $387,700.00 |
| | **$387,700.00** |
| Total Valuation: | 387,700.00 |