**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Ebony Whitehead,<br><br>*Debtor*. | Case No. 26-11329-DJB<br>Chapter 13 |

**Order Granting Motion to Approve Partial Claim Mortgage**

And now, after consideration of the Motion to Approve Partial Claim Mortgage filed by Debtor Ebony Whitehead, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The partial claim mortgage is **APPROVED**.

Date:

______________________________
Honorable Derek J. Baker
U.S. Bankruptcy Judge