**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Ebony Whitehead,<br><br>*Debtor*. | Case No. 26-11329-DJB<br>Chapter 13 |

**Notice of Motion to Approve Partial Claim Mortgage, Response Deadline, and Hearing Date**

The Debtor in the above-captioned matter has filed a Motion to Approve Partial Claim Mortgage for the reasons stated in the motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

**If you do not want the court to grant the relief sought in the motion** or if you want the court to consider your views on the motion, then on or before **Wednesday, October 28, 2026, you or your attorney must file a response to the motion**.

**An evidentiary hearing on the motion is scheduled to be held on November 12, 2026, at 11:00 A.M.** before U.S. Bankruptcy Judge Derek J. Baker. Hearings can be attended either by video conference or in-person at 900 Market Street, 2nd floor. Option for video participation is on ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791.

**If you do not file a response, the court may cancel the hearing and enter an order granting the the relief requested in the motion.** You may contact the clerk of court at 215-408-2800 to find out whether the hearing has been canceled. If a copy of the motion court is not enclosed, a copy will be provided to you if you request one from the attorney listed below.

**How to File a Response**

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107. If you mail your response, you must mail it early enough so that it will be received by the court on or before the deadline. For more information about the U.S. Bankruptcy Court, please visit **https://www.paeb.uscourts.gov.**

Date: October 14, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ______________________
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com