# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ebony Whitehead,<br><br>*Debtor*. | Case No. 26-11329-DJB<br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on October 14, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Approve Partial Claim Mortgage, Notice of Motion, Proposed Order, and

Exhibit A

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 14, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Pennsylvania Housing Finance Agency**
211 North Front Street
Harrisburg, PA 17101
Method of Service: CM/ECF

**Wells Fargo Bank N.A.**
d/b/a Wells Fargo Auto
PO Box 169005
Irving, TX 75016
Method of Service: CM/ECF