# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Ebony Whitehead,<br><br>Debtor. | Case No. 26-11329-DJB<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on November 2, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: November 2, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**City of Philadelphia Law Dept.**
Tax Litigation and Collections Unit
1401 John F Kennedy Blvd Suite 580
Philadelphia, PA 19102-1640

**PennyMac Loan Services, LLC**
Attn: Bankruptcy
P.O. Box 514387 Correspondence,
CA 90051

**Toyota Motor Credit Corporation**
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

**Water Revenue Bureau**
c/o Beatrice Hanford
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**Method of Service: First Class Mail**

**U.S. Dept. of Housing and Urban Development**
Attn: Bankruptcy
801 Market St 12th Floor
Philadelphia, PA 19107